1  DONALD L. LEVINE (State Bar No. 102099)
   LAW OFFICE OF DONALD L. LEVINE
2  1168 Union Street, Ste. 303
   San Diego, CA  92101-3818
3  Office: (615)615-6200
   Fax: (619)615-6204
4  Attorney for Defendant
   YUKON BRANCH
5

FILED
2010 JUN 24  AM 11:29
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. BARRY TED MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>         Plaintiff,                  )<br>                                     )<br> v.                                  )<br>                                     )<br> YUKON   BRANCH,                     )<br>                                     )<br>         Defendant.                  )<br>_____) | CASE NO. 09CR3393-BTM<br><br>**ORDER SHORTENING TIME TO FILE JOINDER** |

**GOOD CAUSE APPEARING**;  DONALD L. LEVINE, counsel for Yukon Branch is allowed to file a joinder to motions filed on behalf of Salvador Palomera. To wit: 1) Compel Production of CS and all Brady/Giglio Information; 2) Suppress Fruits of Illegal; Detention and Arrest; 3) Suppress Fruits of the Illegal Search of the Automobile; 4) Suppress Fruits of the Illegal Cell Phone Search; 5) Dismiss Indictment Due to Delay; 6) Suppress statements; and 7) Sever Counts and Defendant.

Dated: June 23, 2010

_____
BARRY TED MOSKOWITZ
UNITED STATES DISTRICT COURT JUDGE

4

NOTICE OF AND JOINDER OF MOTIONS WITH CO-DEFENDANT, DECLARATION AND ORDER SHORTING TIME